**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOAQUIN SOLANO, on behalf of himself and similarly situated individuals, | |
| Plaintiff, | Case No. 16 C 6308 |
| v. | Judge Elaine E. Bucklo |
| ZIECO CARRIERS OF INDIANA, INC. | Magistrate Judge M. David Weisman |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties having reached a settlement in this matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims and Defendant's counterclaims raised in this lawsuit with prejudice.

Respectfully submitted,

Dated: February 10, 2017

For Plaintiff:

s/Alvar Ayala_____
Alvar Ayala
Workers' Law Office P.C.
53 W Jackson Blvd. Suite, Suite 701
Chicago, IL 60604
Attorney of Plaintiff

*Attorneys for Plaintiff*

For Defendant:

s/Michael P. Tomlinson_____
Michael P. Tomlinson
Tomlinson Law Office P.C.
8501 W. Higgins Road, Suite 420
Chicago, IL 60631
Attorney for Defendant

*Attorney for Defendant*

1